IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOOK HILL PARK, LLC<br>P.O. BOX 258<br>MCLEAN, VA 22101 | §<br>§<br>§   Civil Action No.<br>§ |
| *and* | §<br>§ |
| BOOK HILL CREDIT OPPORTUNITY<br>FUND, LLC<br>P.O. BOX 258<br>MCLEAN, VA 22101 | §<br>§<br>§<br>§<br>§ |
| Plaintiffs | §<br>§ |
| v. | §<br>§ |
| M/V *CELESTIAL,* HER ENGINES,<br>TACKLE, APPURTENANCES, ETC*., IN<br>REM* | §<br>§<br>§<br>§ |
| *and* | §<br>§ |
| JOSEPH A. BOGGS<br>3355 HARNESS CREEK ROAD<br>ANNAPOLIS, MD 21403 | §<br>§<br>§<br>§ |
| Defendants | §<br>§<br>§<br>§<br>§ |

§  §  §  §  §  §  §  §  §  §  §  §  §    §    §  §  §  §  §  §  §  §  §  §  §  §  §  §

## VERIFIED COMPLAINT IN REM

Plaintiffs Book Hill Park, LLC and Book Hill Credit Opportunity Fund, LLC ("Book Hill

Park" and "Book Hill Credit", respectively) by and through their attorneys Todd D. Lochner, and

Lochner Law Firm, P.C, file this Verified Complaint *in rem* against the Motor Vessel

"*Celestial*", a 2003 Sea Ray recreational vessel, USCG Official No. 1148482, Hull Identification

No. SERY1007J203 ("the Vessel)", which Vessel is currently found within the jurisdiction of this Honorable Court, and state in support thereof:

## Summary of Action

1.      This is an action *in rem* pursuant to Admiralty Rule C to foreclose two preferred ship mortgages and to enforce appurtenant maritime liens against a vessel documented under the laws of the United States.

## Jurisdiction and Venue

2.      The Court has jurisdiction over this action pursuant to the Ship Mortgage Act, 46 U.S.C. § 31301, *et seq.*, and Admiralty jurisdiction, 28 U.S.C. §1333.  This is an Admiralty and Maritime claim within the meaning of Fed. R. Civ. P. 9(h)

3.      Plaintiffs state pursuant to Admiralty Rule C(2)(c) that the Vessel is currently within the jurisdiction of the United States District Court for the District of Maryland; namely, the Vessel lies dockside at Annapolis City Marina, 410 Severn Ave, Annapolis, MD 21403.

## Parties

4.      Plaintiffs Book Hill Park and Book Hill Credit (together, "Mortgagees"), are limited liability companies organized under the laws of Delaware.

5.      Defendant Vessel *Celestial* ("the Vessel") is a 2003 Sea Ray motor vessel, USCG Official No. 1148482, Hull Identification No. SERY1007J203, which is the subject of two Preferred Ship Mortgages entered into between Mortgagees and Defendant Joseph A. Boggs. Defendant Vessel is currently moored dockside in Annapolis, Maryland.

6.      Defendant Joseph A. Boggs ("Boggs") is a natural person believed to be a resident of the state of Maryland, who has defaulted on two Preferred Ship Mortgages held by Mortgagees on the Vessel.

## Facts

7.      Plaintiff mortgagees Book Hill Park, LLC and Book Hill Credit Opportunity Fund, LLC, are holders of two promissory notes against Defendant Joseph A. Boggs, and two appurtenant Preferred Ship Mortgages against the M/V *Celestial*, a vessel owned by Boggs.  The history of these two notes and mortgages is given below separately to avoid confusion:

### The Book Hill Park Note and Mortgage

8.      In August of 2012 Defendant Boggs executed a secured promissory note to Book Hill Park in the amount of $200,000, secured by Boggs' assets (to include the M/V *Celestial*), which was to be repaid with interest in full by November 12, 2012.  A true and correct copy of this secured promissory note (the "Book Hill Park Note") is attached hereto as Exhibit 1.  Boggs failed to repay the Book Hill Park Note within the allotted period and the Book Hill Park Note was amended to extend the lending period to December 28, 2012.  Boggs then defaulted on the amended Book Hill Park Note, whereupon a second amended note was issued, which Boggs also defaulted on.   This process, whereby Boggs would default on the amended note and a new amendment would be issued extending the lending period, continued at length as detailed below:

a.  Original Note:             August 14, 2012
b.  Amendment #1:          November 12, 2012
c.  Amendment #2:          December 28, 2012
d.  Amendment #3:          January 31, 2013
e.  Amendment #4:          March 28, 2013
f.  Amendment #5:          May 31, 2013
g.  Amendment #6:          July 30, 2013
h.  Amendment #7:          August 29, 2013
i.  Amendment #8:          October 28,2013
j.  Amendment #9:          December 27,2013
k.  Amendment #10:        February 25, 2014
l.  Amendment #11:        April 25, 2014
m.  Amendment #12:        June 16, 2014

| | | |
|---|---|---|
| n. | Amendment #13: | August 15,2014 |
| o. | Amendment #14: | October 31, 2014 |
| p. | Amendment #15: | March 16, 2015 |

9.      Hereinafter, the original Book Hill Park Note together with all fifteen subsequent amendments will be referred to, collectively, as the "Book Hill Park Note".  The fifteenth amendment to the note, which is the most recent and incorporates by reference all previous amendments, is attached hereto as Exhibit 2.

10.     As of the fifteenth amendment to the Book Hill Park Note, the balance on the Note was $248,942.41, to be paid in full by April 15, 2015.  Exhibit 2 at ¶ 1(a).  The note stipulates that should the balance not be paid by April 15, 2015, interest on the Note will accrue at 15%.  *Id.* at ¶ 1(b).

11.     On March 20, 2015, Boggs executed a Preferred Ship Mortgage in favor of Book Hill Park, LLC, upon the M/V *Celestial*, in the amount of $248,942.21, as security for the Book Hill Park Note.  Exhibit 3, Book Hill Park Preferred Ship Mortgage.  The Mortgage was then duly filed with the United States Coast Guard's National Vessel Documentation Center.  Exhibit 4, Book Hill Park Mortgage NVDC Filing.

12.     From March 20, 2015 onwards, Book Hill Park has been and continues to be the holder of the Book Hill Park Note and the Book Hill Park Preferred Ship Mortgage.

13.     At the time the Book Hill Park Preferred Ship Mortgage was executed, the M/V *Celestial* ("the Vessel") was, and still is, duly registered under the laws of the United States of America, and documented with the United States Coast Guard's National Vessel Documentation Center, Official No. 1148482.

14.     The Book Hill Park Preferred Ship Mortgage was perfected by filing with the National Vessel Documentation Center on March 24, 2015.  Exhibit 5, NVDC Preferred Ship Mortgage Filing.

15.     The Book Hill Park Preferred Ship Mortgage was filed upon the documents of the Vessel in accordance with the applicable provisions of the Ship Mortgage Act, 46 U.S.C. § 31301, *et seq.*, and all of the acts and things required to be done by the Ship Mortgage Act, in order to give the mortgage the status of a Preferred Ship Mortgage, were duly done or caused to be done either by Book Hill Park, LLC, Boggs, or the National Vessel Documentation Center.

**The Book Hill Credit Note and Mortgage**

16.     In December of 2013, Defendant Boggs executed a secured promissory note to Book Hill Credit Opportunity Fund in the amount of $50,000, secured by Boggs' assets (to include the M/V *Celestial*), which was to be repaid with interest in full by February 25, 2014.  A true and correct copy of this secured promissory note (the "Book Hill Credit Note") is attached hereto as Exhibit 6.  Boggs failed to repay the Book Hill Credit Note within the allotted period and the Book Hill Credit Note was amended to extend the lending period to April 25, 2014. Boggs then defaulted on the amended Book Hill Credit Note, whereupon a second amended note was issued, which Boggs also defaulted on.  This process, whereby Boggs would default on the amended note and a new amendment would be issued extending the lending period, continued at length as detailed below:

   a.  Original Note:           December 25, 2013
   b.  Amendment #1:           February 25, 2014
   c.  Amendment #2:               April 25, 2014
   d.  Amendment #3:                June 16, 2014
   e.  Amendment #4:             August 15, 2014
   f.  Amendment #5:             October 31, 2104
   g.  Amendment #6:                March 16, 2015

17.    In addition to extending the deadline for payment, certain of these amendments also lent additional money to Boggs, increasing the principal due on the loan.

18.    Hereinafter, the original Book Hill Credit Note together with all six subsequent amendments will be referred to, collectively, as the "Book Hill Credit Note".  The sixth amendment to the note, which is the most recent and incorporates by reference all previous amendments, is attached hereto as Exhibit 7.

19.    As of the sixth amendment to the Book Hill Credit Note, the balance on the Note was $200,496.11, to be paid in full by April 15, 2015.  Exhibit 7 at ¶ 1(a).  The note stipulates that should the balance not be paid by April 15, 2015, interest on the Note will accrue at 15%. *Id.* at ¶ 1(b).

20.    On March 20, 2015, Boggs executed a Preferred Ship Mortgage in favor of Book Hill Credit upon the M/V *Celestial*, in the amount of $248,942.21, as security for the Book Hill Credit Note.  Exhibit 8, Book Hill Credit Preferred Ship Mortgage.  The Mortgage was then duly filed with the United States Coast Guard's National Vessel Documentation Center.  Exhibit 4, Book Hill Credit Mortgage NVDC Filing.

21.    From March 20, 2015 onwards, Book Hill Credit has been and continues to be the holder of the Book Hill Credit Note and the Book Hill Credit Preferred Ship Mortgage.

22.    At the time the Book Hill Credit Preferred Ship Mortgage was executed, the M/V *Celestial* ("the Vessel") was and still is duly registered under the laws of the United States of America, and documented with the United States Coast Guard's National Vessel Documentation Center, Official No. 1148482.

23.     The Book Hill Credit Preferred Ship Mortgage was perfected by filing with the National Vessel Documentation Center on March 24, 2015.  Exhibit 5, NVDC Preferred Ship Mortgage Filing.

24.     The Book Hill Credit Preferred Ship Mortgage was filed upon the documents of the Vessel in accordance with the applicable provisions of the Ship Mortgage Act, 46 U.S.C. § 31301, *et seq.*, and all of the acts and things required to be done by the Ship Mortgage Act, in order to give the mortgage the status of a Preferred Ship Mortgage, were duly done or caused to be done either by Book Hill Credit Opportunity Fund, LLC, Boggs, or the National Vessel Documentation Center.

### Boggs Defaults on Both Notes and Mortgages

25.     Under the terms of the most recent amendments to the Book Hill Notes, Boggs promised to pay on or before April 15, 2015 the sum of $200,496.11 on the Book Hill Credit Note and the sum of $248,942.41 on the Book Hill Park Note.

26.     Boggs failed to pay on or before April 15, 2015, and has continued to fail to pay, the sum due on both Notes.

27.     Pursuant to the terms of both Book Hill Preferred Ship Mortgages, Boggs is in default on those mortgages for his failure to pay off the Book Hill Park Note and the Book Hill Credit Note on or before April 15, 2015.

28.     Boggs is currently in default on the Notes, and in default on the Preferred Ship Mortgages.

29.     Book Hill Park and Book Hill Credit sent notice to Boggs on July 11, 2015 via certified mail, declaring that payment was due and that Boggs is in default.

30.     Book Hill Park and Book Hill Credit have additionally noticed Boggs of his default via a series of email communications which Boggs received and replied to.

31.     Boggs has failed to pay all sums under the Notes in response to Book Hill Park and Book Hill Credit's notice.

32.     Pursuant to the terms of the Notes, the full amount financed and accrued under the Notes, along with unpaid interest, is now due.

33.     There is due and owing from Boggs to Book Hill Park, LLC, the total sum of $292,810.40, plus fees and cost accruing daily.

34.     There is due and owing from Boggs to Book Hill Credit Opportunity Fund, LLC, the total sum of $230,570.53, plus fees and cost accruing daily.

## ACTION TO FORECLOSE ON PREFERRED SHIP MORTGAGE
### (Book Hill Park)

35.     Plaintiff Book Hill Park, LLC is the holder and mortgagee of the Book Hill Park Note and Book Hill Preferred Ship Mortgage on the Vessel.

36.     Defendant Boggs is in default under the terms of the Book Hill Park Note and Book Hill Park Preferred Ship Mortgage on the Vessel.

37.     The Book Hill Park Note and Book Hill Park Preferred Ship Mortgage allow Book Hill Park to recover its reasonable costs of collecting the Note including "reasonable attorneys' fees, including, but not limited to, fees and expenses incurred in reclaiming the Vessel after any governmental or third-party seizure, plus court costs."  Exhibit 3 at ¶ 16.

38.     The total amount due on the Book Hill Park Note is $292,810.40, including interest and fees.

39.     Consequently, Book Hill Park, LLC is entitled to judgment against the Vessel *in rem* and against Defendant Boggs in the amount of $292,810.40, plus pre- and post-judgment interest, costs, and reasonable attorneys' fees.

### ACTION TO FORECLOSE ON PREFERRED SHIP MORTGAGE
### (Book Hill Credit Opportunity Fund)

40.     Plaintiff Book Hill Credit Opportunity Fund, LLC is the holder and mortgagee of the Book Hill Credit Note and Book Hill Credit Preferred Ship Mortgage on the Vessel.

41.     Defendant Boggs is in default under the terms of the Book Hill Credit Note and Book Hill Credit Preferred Ship Mortgage on the Vessel.

42.     The Book Hill Credit Note and Book Hill Credit Preferred Ship Mortgage allow Book Hill Credit to recover its reasonable costs of collecting the Note including "reasonable attorneys' fees, including, but not limited to, fees and expenses incurred in reclaiming the Vessel after any governmental or third-party seizure, plus court costs."  Exhibit 8 at ¶ 16.

43.     The total amount due on the Book Hill Credit Note is $230,570.53 including interest and fees.

44.     Consequently, Book Hill Credit Opportunity Fund, LLC is entitled to judgment against the Vessel *in rem* and against Defendant Boggs in the amount of $230,570.53, plus pre- and post-judgment interest, costs, and reasonable attorneys' fees.


WHEREFORE, Plaintiffs Book Hill Park, LLC and Book Hill Credit, LLC, respectfully request the Court:

A.  That a warrant for the arrest of the M/V *Celestial*, together with her engines, boilers, etc. may issue, and that all persons claiming any interest therein may be cited to appear under oath and answer the matters aforesaid; and

B.  That the Book Hill Park Preferred Ship Mortgage be declared a valid and existing lien against the M/V *Celestial*, prior and superior to the interests, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on the Vessel; and

C.  That the Book Hill Credit Preferred Ship Mortgage be declared a valid and existing lien against the M/V *Celestial*, prior and superior to the interests, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on the Vessel; and

D.  That judgment be entered against the M/V *Celestial*, her engines, boilers, etc. for the full amount of Plaintiffs' claims, together with pre- and post-judgment interest, costs, reasonable attorneys' fees, and other damages recoverable under the terms of the Notes and Mortgages or the general maritime law; and

E.  That a monetary judgment be granted against Defendant Boggs, individually, and in favor of Plaintiffs Book Hill Park and Book Hill Credit, for any deficiency between the proceeds of the sale of the collateral and the indebtedness, including reasonable attorneys' fees, costs, and pre- and post-judgment interest.

F.  That the M/V *Celestial*, her engines, boilers, etc. be condemned and sold free and clear of all liens and encumbrances to satisfy the judgments in favor of Plaintiffs Book Hill Park and Book Hill Credit, and that the Court award Plaintiffs Book Hill Park and Book Hill

Credit, out of the proceeds of such sale, the full amount of their claims as aforesaid and determined by this Court; and

G.  That the Court grant such other relief as it may consider just and proper.


Respectfully Submitted this
19th day of June, 2015.

_/s/_____
Todd D. Lochner (Bar No. 25691)
tlochner@boatinglaw.com

__/s/_____
Gregory R. Singer (Bar No. 19314)
gsinger@boatinglaw.com

Lochner Law Firm, P.C.
91 Main Street, 4th Floor
Annapolis, MD 21401
(443) 716-4400
*Attorneys for the Plaintiffs*

## VERIFICATION
## Plaintiff Book Hill Park, LLC

Moiz Doriwala, being duly sworn, deposes and says:

I am a Member of Book Hill Park, LLC, the corporate plaintiff herein. I have read the foregoing Verified Complaint and know the contents thereof and the same is true to my own knowledge, except as to the matters therein stated upon information and belief and as to those matters I believe them to be true.

The reason that I make this verification is that Plaintiff Book Hill Park, LLC, is a Limited Liability Company, and I am a Member thereof.

The sources of my information and the grounds of belief as to all matters not stated in the Complaint to be alleged upon my own knowledge are reports made to me by other Members and the records of the Limited Liability Company.

Book Hill Park, LLC

By: Moiz Doriwala, Member
Book Hill Park, LLC

-12-

## VERIFICATION
### Plaintiff Book Hill Credit Opportunity Fund, LLC

Moiz Doriwala, being duly sworn, deposes and says:

I am a Member of Book Hill Credit Opportunity Fund, LLC, the corporate plaintiff herein. I have read the foregoing Verified Complaint and know the contents thereof and the same is true to my own knowledge, except as to the matters therein stated upon information and belief and as to those matters I believe them to be true.

The reason that I make this verification is that Plaintiff Book Hill Credit Opportunity Fund, LLC, is a Limited Liability Company, and I am a Member thereof.

The sources of my information and the grounds of belief as to all matters not stated in the Complaint to be alleged upon my own knowledge are reports made to me by other Members and the records of the Limited Liability Company.

Book Hill Credit Opportunity Fund, LLC

By: Moiz Doriwala, Member
Book Hill Park, LLC